# Complaint Form

(For prisoners proceeding without a Lawyer)

## In The United State District Court
## For The Western District of Wisconsin

William H. Craig
K.G.C. (D.O.B. 2014)

-V-

Case No. 25-cv-470-wmc

Stacy Morin, Kristy Zander, Bethaney Narloch,
Brent Weiland, Eric Losee, Dana Wszalek,
Michae Chase, Ashley Wilkinson, Kim Dexter,
Matthew Peterson, Gregory Strasser,
Kevin Greene, Jason Smith, Leslie Barfknect,
Stephanie Wachter, Nichole Haugh, Ernest Marshall,
Amy Gasser, Sandra Harper, Cory Smith,
Jodie Beloungy, Laura Daley, Brian Gustke,
Mike Lutz, Lorrie Shults, Lisa Pouillie,
Stacy Martinson, Amy Baumann, Krista Rick,
Sharon Morris, Amy Jenkins, Russ Hill,
Ann Moran, Douglas Bellile, Nick Baldwin,
Eric Holden, Robert Barahal, Laura Varriale,
James Kurzewski, Robin Franks,
        Sued in their Individual and Official Capacities,
Adam Wogsland,
        Sued in his Official Capacity,
Defendants.

## A.)    Parties

<u>Plaintiffs:</u>

William H. Craig; Waupaca County Jail, 1402 East Royalton, Waupaca, WI 54981. DOC No. 480605, Patient No. 100614, Who is on Extended Supervision, a DHS Patient, and Was a Patient and Inmate during these events at GreenBay Correctional Institution, GreenBay, WI, a Patient at Sand Ridge Secure Treatment Center, Mauston, WI., and a Patient on Supervised Release in Marathon, WI, and on Probation/Extended Supervison in Marathon County, Wausau, WI.

K.G.C (D.O.B. 2014) a resident in Weston, WI. Minor/daughter, Child of William H. Craig

<u>Defendants:</u>

<u>Stacy Morin</u>: 500 Forest St., Wausau, WI. 54403; Marathon County Wisconsin Probation and Parole Supervisor during these events.

<u>Kristy Zander</u>: 500 Forest St., Wausau, WI. 54403; Marathon County Wisconsin Probation and Parole Agent during these events.

<u>Bethaney Narloch</u>: 500 Forest St., Wausau, WI 54403; Marathon County Wisconsin Probation and Parole Agent during these events.

-1-

Brent Weiland: 500 Forest St., Wausau, WI. 54403; Marathon County Wisconsin Probation and Parole Agent during these events.

Eric Losee: 1421 Delmore Dr., Merrill, WI. 54452; Was a Department of Corrections, Community Corrections Regional Chief and Stage 2 Administrative Complaint Review Supervisor, Rhinelander, WI. during these events.

Dana WszaleK: Wisconsin Department of Corrections, 3099 East Washington Ave, Madison, WI. 53703; Stage 3 Administrative Complaint Review Supervisor in Madison, WI. during these events.

Michael Chase: Wisconsin Department of Children and Families, Bureau of Working Families, 1681 Second Ave. South, Wisconsin Rapids, WI. 54495; Was a Wisconsin DHS Contracted Supervised Release Supervisor Specialist, during these events.

Ashley Wilkinson: 210 Washington St., Wausau, WI. 54403; Was a Wisconsin DHS Contracted ATTIC Correctional Supervised Release Case Manager, during these events.

Kim Dexter: Wisconsin Department of Health Services, 1 West Wilson St., Madison, WI. 53703; Wisconsin DHS Supervised Release Supervisor during these events.

Adam Wogsland: Waupaca County Jail, 1402 East Royalton St., Waupaca, WI 54981; Waupaca County Jail Administrator during these events.

-2-

Matthew Peterson: LSS Foundation, Inc, 6737 West Washington St. Suite #2275, West Allis, WI 53214; Wisconsin Department of Health Contracted Supervised Release Supervisor/specialist during these events

Gregory Strasser: Marathon County Wisconsin Courthouse 500 Forest St. Wausau, WI 54403; State of Wisconsin Marathon County Circuit Court Judge during these events

Kevin Greene: Brown County District Attorneys office 300 E. Walnut st. Green Bay, WI. 54305; Contracter Wisconsin State Chapter 980 SVP Special Prosecutor during the time of these events

Jason Smith: Sand Ridge Secure Treatment Center, 1111 North Rd. Mauston, WI 53948; Doctor and Director of Treatment at SRSTC during these events.

Leslie Barf Kniect: Sand Ridge Secure Treatment Center, 1111 North Rd. Mauston, WI 53948; Doctor and Supervison of Treatment at SRSTC during these events.

Stephanie Wachter: Sand Ridge Secure Treatment Center 1111 North Rd. Mauston, WI 53948; Licensed Clinical Social Worker and Treatment Facilitor at SRSTC during these events

-3-

Nichole Haugh: Sand Ridge Secure Treatment Center, 1111 North Rd, Mauston WI 53948; Licensed Clinical Worker and Treatment Facilitator at SRSTC during these events

Ernest Marshall: Sand Ridge Secure Treatment Center, 1111 North Rd. Mauston WI 53948; Licensed Clinical Social Worker and Supervisor of Treatment at SRSTC during these events.

Amy Gasser: Sand Ridge Secure Treatment Center, 1111 North Rd Mauston, WI 53948; Licensed Clinical Social Worker, Treatment Facilitator and Supervised Release Liason at SRSTC for DHS during these events

Sandra Harper: Sand Ridge Secure Treatment Center, 1111 North Rd. Mauston, WI 53948; either Licensed Clinical Social Worker or Doctor, Treatment Facilitator at SRSTC and for Supervised Release during these events.

Cory Smith: Sand Ridge Secure Treatment Center, 1111 North Rd. Mauston, WI 53948; Clients Rights Specialist at SRSTC during these events

Jodie Beloungy: Sand Ridge Secure Treatment Center, 1111 North Rd. Mauston, WI 53948; Clients Rights Specialist at SRSTC during these events

-4-

Laura Daley : Clients Rights Office, Division of Care and Treatment Services, P.O. Box 7851, Madison, WI 53707-7851, 1 West Wilson, St. Madison, WI. 53703; Stage 3 Clients Rights Complaint Examiner for Sand Ridge Secure Treatment Center during these events.

Brian Gustke : Sand Ridge Secure Treatment Center, 1111 North Rd., Mauston, WI. 53948; SRSTC Institution Unit Supervisor, during these events.

Mike Lutz : Sand Ridge Secure Treatment Center, 1111 North Rd., Mauston, WI. 53948; SRSTC Institution Unit Supervisor, during these events.

Lorrie Shults : Sand Ridge Secure Treatment Center, 1111 North Rd., Mauston, WI. 53948; SRSTC Institution Unit Supervisor and Acting Deputy Director during these events.

Lisa Pouillie : Sand Ridge Secure Treatment Center, 1111 North Rd., Mauston, WI 53948; SRSTC Institution Unit Supervisor during these events.

Stacy Martinson : Sand Ridge Secure Treatment Center, 1111 North Rd., Mauston, WI. 53948; SRSTC Institution Unit Supervisor During these events.

Russ Hill : Sand Ridge Secure Treatment Center, 1111 North Rd., Mauston, WI. 53948; SRSTC Institution Unit Supervisor and Deputy Director of SRSTC during these events.

Joel Shirek : Sand Ridge Secure Treatment Center, 1111 North Rd., Mauston, WI 53948; SRSTC Institution Unit Supervisor and Director of SRSTC during these events.

Douglas Bellile : 1114 May St., Mauston, WI 53948; Was a Director of Sand Ridge Secure Treatment Center during these events.

Nick Baldwin : Sand Ridge Secure Treatment Center 1111 North Rd., Mauston, WI. 5394; SRSTC Security Director during these events.

Amy Jenkins : Sand Ridge Secure Treatment Center 1111 North Rd., Mauston, WI. 53948; SRSTC Supervisor of Records Department during these events.

Sharon Morris : Sand Ridge Secure Treatment Center, 1111 North Rd., Mauston, WI. 53948; SRSTC Forensic Testing Examines and Coordinator during these events.

Amy Baumann : Wisconsin Department of Health Services, 1 West Wilson, St., Madison, WI 53703; Was a Sand Ridge Secure Treatment Center, Mauston, WI. Social Worker during these events.

Krista Rick : 2 East Main St., Madison, WI 53702; Was a Wisconsin Department of Health Services Liason and Coordinator for Supervised Release during these events.

Ann Moran : Sauk Prairie Health Care, Director of Behavioral Health, 260 26th St., Prairie du Sac, WI 53578; Was a Director of Sand Ridge Secure Treatment Center during these events.

-6-

Eric Holden: Behavioral Measures Midwest LLC, 2607 North Grandview Blvd. #103, Waukesha, WI. 53188; Was a Contracted Polygrapher for Wisconsin Department of Health Services at/for Sand Ridge Secure Treatment Center, Mauston, WI. during these events.

Robert Barahal: 702 North Blackhawk Ave, Madison, WI. 53705; Was/is Contracted State Evaluator for the Wisconsin Department of Health Services Chapter 980 SVP Law, during these events.

Laura Varriale: Office of Legal Counsel, 1 West Wilson St, Room 651, Madison, WI. 53703; Was/is the Legal Counsel for Wisconsin Department of Health Services and Sand Ridge Secure Treatment Center, during these events.

Robin Franks: 163901 Townline Rd., Wausau, WI. 54403.; Was a Principal at KGC School in Wausau, WI during these events.

James Kurzewski: Marathon County Courthouse, 500 Forest St, Wausau, WI. 54403 Was/is Marathon County Assistant Corporate Counsel during these events.

## B.) Statement of Facts

1.) Plaintiff William H. Craig is on Extended Supervision With/in Marathon County Wausau, WI From May 8 2007 to May 8, 2025; for (1) count (Non Familial 1st Degree Sexual Assault and (1) count 2nd Degree (Non Familial Sexual Assault.

2.) November 2013, Craig does a polygraph for Marathon County probation and Parole in Wausau WI.

3.) Probation Agent (Marathon County) Durante takes Craigs Statement and Calls Marathon County Sherrifs Dept in Wausau WI, Anonymously and reads Craigs Statement to a sherrif.

4.) November 2013, Craig is Charged with a Felony in possesion of a Firearm and Felony Repeater.

5.) February 2014, Craig, Felon in possesion of Firearm and Felony Repeater Charge is Dismissed on ProseCutors Motion based on Fruit of poisinus Tree Dectrine.

6.) April 11, 2014, Craigs daughter KGC is Born.

7.) June 1, 2014 to July 30, 2014; Craig reports toxic relationship and Domestic like with his daughters Mother and request to Move in with his older brother who is a Iraq Veteran and his best friend. Probation Agent Says "No, you both have a Child now and need to Figure it out.

-8-

8) August 8, 2014; Craig is Arrested and Charged With Domestic Disorderly Conduct in Marathon County Jail

9) September 2014, While Craig is in Jail is accussed of sexual assault of neighbor girl, 15 yrs old J.L.T. Non familial.

10) December 5, 2014; Craig Charged with (4) Counts Non Familial 2nd Degree Sexual Assault and (4) counts Persistant Repeater by Marathon County, Wausau, WI, District Attorney Theresa Wetzsteon.

11) Mr. Craig is found not guilty of Sexual Assaults at revocation due to JLT Chaning her story in every statement given to Law Enforcement and Interviewers. Guilty of Domestic Disorderly Conduct and revoked for 3½ yrs.

12) Early 2015; Craig is transfered from Marathon County Jail to Dodge Correctional Institution in Waupun, WI.

13) While at Dodge Correctional Institution, KGC is denied Visitation With her Dad, Craig, ▓▓▓▓▓

14) Mid 2015, Craig is Transfered from Dodge Correctional Institution to Green Bay Correctional Intitution in Green Bay WI

-9-

15) From Mid 2015 to November 7, 2017; Craig is denied Court ordered Visitation with KGC Per Probation Agents request.

16) August 17, 2016, Judge Falstad orders Contact Visitation between Craig & KGC at Whatever facility Mr. Craig is at.

17) November 7, 2017; Craig is Transfered From Green Bay Correctional Institution to Sand Ridg Secure Treatment Center under DHS Law in Mauston, WI.

18) On or about May 24, 2019; Theresa Wetzsteon and Kevin Greene Conspire to have Craig Convicted of 2nd Degree Sexual Assaults and Committed under Wisconsin Chapter 980 SVP law.

19) On March 8, 2021; Craig a Patent at Sand Ridge Secure Treatment Center does a SFM (Sexual Fantasy Masterbation Log) polygraph, Conducted by Eric Holden at SRSTC. Eric Holden Falsifies Final report of polygraph.

20) On April 21, 2021; Eric Holden Conducts a Retake SFM Polygraph of Mr. Craig. Eric Holden intentionaly botches the polygraph on Mr. Craig for pointing out his falsified report on 3-8-2021 forcing him to redo the test. Eric Holden also falsifies another polygraph report date.

-10-

21.) 4-21-21. Sharen Morris and Amy Jenkin aid Eric Holden in falsifying his polygraph reports as well as attempt to Destroy the evidence of the Falsified reports, to cover for Eric Holden.

22.) From November 7, 2017 to July 2021, Sand Ridge Secure Treatment Center denies getting multiple visitation request form for K.G.C.

23.) July 20, 2021, Judge Jacobson has his Clerk mail SGSTC Amy Jenkins a Copy of Craigs new court ordered visitation Child Custody order to include specifictly SRSTC also send visitation request form for KGC.

24.) August 24, 2020, Judge Jacobson orders direct Contact visits at SRSTC between Craig and KGC.

25.) July or August 2021, KGC denied visitation approved for phone Contact KGC mom Cassandra Kniess-Huck denied visitation and phone. Cassandra Phone number is approved for Contact with KGC. August 9, 2021, Jacobson adds direct Contact Visitation at SRSTC and Supervised release

26.) July or August 2021, SRSTC Clients rights Jodie Beloungy and Cory Smith tell Craig when they see me that they know about my daughter being denied Visits against a Custody

-11-

Order and, the Higher ups told them to stay out of it and not to get involved.

27)    Between December 14 and 15, 2021, Craig was given a BDR (Behavioral Disciplinary Report) for talking to Cassandra and her Boyfriend on the phone before Kiara.

28)    On December 15, 2021, I was given a BDR hearing by Lorrie Schults, Lisa Pouillie, Stacy Martinson. I was denied a Advocate and to give evidence of Court order. I was denied having Lorrie Schults removed from the hearing due to being in Trauma Treatment based on her (Schults). I then walked away from the hearing due to Anxiety and panic.

29)    Lorrie Schults, Lisa Pouillie and Stacy Martinson found me guilty of Misuse of state and Federal Phone and denied KGC Contact for 1 year for my First ever phone violation and 3rd BDR in 4 years.

30)    September 2021, Craig is ordered to Supervised release by Judge Gregory Strasser.

31)    December 2021; Michael Chase Falsifies Medical Records and release plan to Judge Strasser to deny Craig Court ordered visitation and Contact with KGC.

-12-

32) December 25, 2021, Craig is allowed (1) attempt to Call KGC and only (1) attempt for a 10 minute phone call.

33) January 28, 2022, KGC witnesses a Attempted Homicide in her home only few feet away from her face. While talking to Police, She Says She wants to talk to her Daddy. She was told No because SRSTC wont allow it. Craig did not find out about this incident until a week later. Marathon County Social Services told Cassandra not to tell me about it that night/day.

34) Between January 1st and February 21, 2022 Craig has his Final Supervised release Staffing. Attending is, Craig Fiance E.L. Fankhauser Craigs Witnesses, Mark Weinberg, and Adel Nicholes; Michael Chase, Ashley Wilkinson, Krista Rick, Nichole Haugh, Stephanie Wachter, Leslie Barfnect, Stacy Morin, Kristy Zander. Chase Tells Craig, upon release, there is No Contact with KGC until Court on March 1, 2022 for the Judge to decide it. No Contact of any Kind with E.L. Fankhauser, I Can't deny Mail due to law So I'm having Your Probation Agent Zander do it. You get 3 hrs a week outside the house for exercise to be used Mowing the lawn

-13-

or doing something, No sun bathing. No Internet, No Cable TV. You are only allowed to shop at Walmart for 1 hour a week. See your Probation Agent once a week. and your 1 hour Sex offender Treatment right after, You will be locked in the house other than those times alotted your Haircut is only allowed at Walmart also, Any Contact with Fankhauser will depend on how Court goes on March 1st 2022.

35) Craig was offered Psych services and a hyperdermic shot in the butt to help calm me down. day after staffing.

36) January or February ; Michael Chase Files another Falsified release plan/Medical record to Judge Strasser to cover up his first Falsified release plan.

37) Between February 21, 2021 and February 28 2021; Craig is Transfered from Sand Ridge Secure Treatment Center to the Supervised release house at 133400 State Highway 29, Marathon, WI 54448.

38) March 2022, Ashley Wilkinson told Craig, I am not allowed to have my window blinds open or be on the porch where anyone Can see me going by on the Highway

-14-

39) March 1, 2022; Craig has a Supervised release Contested Rules Hearing infront of Judge Strasser.

40) Michael Chase Testifies, after aprox 30 minutes of testimony, admits his whole testimony was a lie he did infact Falsify both release plans to the Court based on personal opinion and infact did Conspire with others to do so. to deny Craig all Contact with his daughter KGC.

41) Kristy Zander testifies in Support of Michael Chase. Jason Smith testifies that, he does not Know me, only Knows of me. That the treatment team was not in Support of Contact Visits between Craig and KGC at Sand Ridge Secure Treatment Center.

42) Nichole Haugh testifies that treatment team was not in support of Contact Visits between Craig and KGC regardless of Knowing about Court orders and no Concerns of Craig and KGC relationship.

43) Strasser States the State and federal protections of parent Child relationships. Strasser Questions Judge Jacobsons ruling on Custody order even statting Jacobson was a D.A. prior to elected Judge. Strasser finds Chase a Credible Witness. Strasser Grants No Contact Visits only

-15-

Phone. Told Craig if I want visits with my Child I need to file a motion & letter to Judge requesting a GAL to review my custody if I have the courage to do so. and further questions Judge Jacobson ruling to the "Best interest of the Child"

44) March 1, 2022 to March 10, 2022, Morin, Zander, Chase, Wilkinson Conspire to deny Craig Contact with Fankhauser against SRSTC treatment team recomendations, Dr William Hutter Recomendations and Mental health dangers of doing it.

45) March 10, 2022, Zander gives Craig a new set of probation rules allowing only phone Contact with KGC and a Specialy Created rule for Craig only, to deny Craig all Contact with Fankhauser Without using Fankhauser name to prevent a LGBTQ Discriminetion Lawsuit, to include no letter writing / Mail.

46) Mr. Craig has Complete mental breakdowns as witnessed by Dr. Edward Keane.

47) Mr. Craig Files Complaints to all three Stages of Dept of Corrections. All three Stages take less than 40 days to Complete. No Investigation done by Morin, Losee, or Wszalek, no Witnesses Contacted (Dr. Hutter, Dr. Keane, Dr Leslie Barfknect, or others).

-16-

48) April 6, 2022, Craig Granted 50/50 shared Joint Custody of KGC

49) Between February 26, 2022 to May 5, 2022 Chase, Morin, Zander, Wilkinson did Conspire to deny Craig all employment opportunities.

50) On May 5, 2022, Zander, Chase, Wilkinson, Morin and others unknown did Conspire to Wrongfully have Craig taken into Custody in Marathon County Jail, Wausau WI, for alleged Violent Attitude, and Alleged rule Violations: 1.) Calling Zander a Bigot and alleged refusing to leave her office as she was Screaming at me to do after Calling her a Bigot. 2.) Contacting My daughters School to update Emergency Contact Parental information for progress reports each Mouth or Quarterly.

51) Between May 5 and June 2, 2022 Wilkinson, Morin, Zander, Chase and Greene Conspired to have Craig Wrongfully Charged With a Felony Sex offender Reposting Law Violation while Filing revocation of Supervised release.

52) On June 2, 2022; Craig had a Revocation hearing in front of Judge Strasser. Kevin Greene admits to only giving Craigs attorney a Witness

-17-

List, Petition for revocation, and revocation rule Violation Summary at 7pm the night before revocation hearing on June 1, 2022 and no discovery. Judge Strasser has us proceed with no discovery Material or information and allows alleged witness testimony. Strasser is made aware of Law that, they Cannot lock up or revoke a Patient for a attitude or have a hearing without discovery.

53) Robin Franks testifies and admits to Violating KGC HIPPA rights and that Craig did not threaten her as Zander Stated. Franks Stated Craig told her he was Coming to pick up his child and he believe in Second Chances.

54) Zander testified to Franks telling her that, I told Franks I was going to pick up my daughter and she Couldn't stop me. that Zander by law is to help Craig report email and that I never reported my email to her, that I Called her a bigot and she's been afraid of me for a while. that I refused to leave her office after Calling her a Bigot.

55) Ashey Wilkinson testified that she paid all My phone bills and there was no need for me to Change the email on the phone account she Set up for me to use.

-18-

56) Michael Chase testified, he took everyones reports put them in a file, labeled it revocation packet and sent it up without doing any required investigation. Stated had he known the truth about things, it could and may have changed his mind on filing revocation.

57) Wilkinson, Zander, Franks all gave False Testimony.

58) Strasser orders Zander more than 3 times during the hearing to turn over Craigs probation reports if they exist with a email on it by end of week and Attorney Greene and Peterson briefs by end of 45 days for his review on the Matters

59) Craig couldn't testify due to Alleged Felony investigation and another Fruit of poisinols tree violation investigation similar to 2013 Gun Charge.

60) June 26? 2022, Family Court Judge Jacobson (14-FA-759) states, he went over Strassers Minutes from March 1, 2022 regarding a GAL and Says No, I'm not doing that, I ruled the Custody of KGC and Visitation in the best Interest of the Child, even if a GAL says no, it doesn't Matter, I rule it in the best interest.

-19-

61) July 1, 2022, Craig is transfered from Marathon County Jail to Sand Ridge Secure Treatment Center, Mauston, WI., Pending Judge Strasser decision.

62) August 5, 2022; Judge Strasser orders a ATR (Alternative to Revocation) consisting of : 18 months Initial Confinement and 6 months Community based ATR after Confinement. Strasser adds footnotes to his ATR decision.

63) Between September 1, 2022 and January 1, 2023; Craig files a Open Records Request to Marathon County, WI Probation and Parole Office, as well as to Sand Ridge Secure Treatment Center, Mauston, WI.

64) Marathon County Probation and Parole Superviser Stacy Morin, Composes the Open Records Request and does not turn over all documents requested.

65) Sand Ridge Secure Treatment Center denies multiple Open Records Requests during this time. One of the Open Records Request that was given to me, Consisted of aproximately (8) pases, all redacted except maybe (3) Sentences.

66) January 2023, Sand Ridge Secure Treatment Center denies another Visitation Request for KGC to see her father Craig.

67) Between January 1, 2023 and March 6, 2023, Craig Files Stage 1,2 and 3 complaints against Sand Ridge Secure Treatment Center to Jodie Belongs, Cory Smith, Laura Daley. Stage 1 and 2 Denied. Stage 3, decided on 1-24-25, Moot.

-20-

68) Craig has a meeting with Ernest Marshall who tells Craig, No State or federal Judge Can tell us or SRSTC how to run our institution and until you learn to Submit to us and not Challenge the rules or policies and Stop bucking the System, you will Continue to Struggle and not get anywhere, etc etc.

69) May 27, 2023, Craig Files Petition to Ann Moran for furloughs to Visit KGC Ann Moran refuses to respond.

70) Late 2023, Craig Files Petition for Furloughs to visit KGC to Judge Strasser. (17-CI-01) Strasser refused to respond.

71) July 14, 2023, Judge Jacobson during a Motion hearing to Enforce Visitation told Morin and Zander to Stop interfering with said Custody order that he ordered the Custody and Visitation in the best interest of the Child.

72) Between July and Sept 2023, Craig Files Petition for furlough to visit with KGC with Cover letter to Governor Tony Evers and Sends Cover letter with Statement Ernie Marshall made to me to 20 different State Dept. representatives and Administrators.

-21-

73)    Between September 1, and November 30, 2023, Brian Gustke told Craig infront of witnesses on Unit NA in the Dayroom at SRSTC that, the Governors Office contacted SRSTC and told SRSTC Director to respond to my Petition I filed for furloughs to visit my daughter KGC because (SRTC doesn't allow children to visit based on Institution Wide personal Policy) as once told to me. Gustke said he was told to tell me it is denied and the highes ups will not give me anything in Writing.

74)    November 20 2023, Craig has a Motion Hearing (17-CI-01) infront of Strasser to Transfer Craigs entire Case, D.O.C. and DHS Supervised Release to Lincoln County from Marathon County WI for my protection from Marathon County Probation and Parole and other Marathon County Departments. Motion Denied as, DHS Law doesn't allow for it, not even in extrodinary Cases like mine.

75)    November 20 2023, Craigs Appealate Attorney (17-CI-01) files Brady Motion to Judge Strasser (case No 17-CI-01) and Schedules Brady Violation Hearing for January 8, 2024.

76)    Between November 20 and 30, 2023; Marathon County WI Probation Agent Bethaney Narloch has a phone call with William Craig at Sand Ridge Secure Treatment Center. Bethaney told Craig that (continued page 23)

-22-

all your contacts are denied upon your release until you can learn to conform to and follow all the rules without challenging them.

77.) Between July 31, and December 6, 2023: Craig is approached by a SRSTC employee and told, SRSTC Administrators and Treatment labeled and Nicknamed you "Mr. Liability" because the threat of exposure you pose to them.

78.) Between November 7, 2017 and December 6, 2023: Jason Smith, Barfknecht, Wachter, Haugh, Marshall, Harper, Gasser, ███, Cory Smith, Beloungy, Daley, Gustke, Lutz, Shults, Pouillie, Martinson, Hill, Shirek, Baldwin, Rick, Jenkins, Baumann, Morris, Olson, Zander, Morin, Losee, Oszalek, Chase, Wilkinson, Greene; did Conspire to interfere in one way or another to deny Craig and KGC Court Ordered In-Person Contact Visitation and Phone Contact.

79.) December 6, 2023: Craig is Transfered from SRSTC to the Supervised Release House in Marathon, WI.

80.) December 2023: Craig files Civil Complaint against Wausau Police Department for failure to Protect KGC. Complaint Investigated and Criminal Charges Filed against Cassandra Kniess-Huck and Anthoney Huck. "Complaintant Craig" "Unveiled a Cronic History of Child Neglect and Endangerment."

81.) December 23, 2023: Craig allowed his first visit with KGC since August 8, 2014, at Craigs Mom and Dads House (Linda and Boyd) in Weston, WI, for 3 hours only.

-23-

Craig is now allowed One - Three Hour visit every other week at his Mom and Dads house.

82.) January 7, 2024 : Craig Appealate Attorney Contacts him. My Attorney told me that, Kevin Greene said, if you don't take the Deal of "Terminate and Vacate ATR on Brady Violations and drop any furtherance of the Appeal" into him" he will have you taken into Custody and Revoke you on Alleged Treatment Performance issues". If I pursued further on Appeal into the June 2, 2022 Revocation, Witnesses and the Judges Misconduct, I would be taken into Custody after the hearing on (next day) January 8 2024.

83.) January 8, 2024 : Supervised Release ATR " Vacated" "Terminated" "Prosecutorial Misconduct" (alleged accidental) "Brady Violations" Kevin Greene Lies again on record to Cover up his misconduct.

84.) February 2024 : Bethaney Narloch takes over as Craig Probation Agent Permanantly, for Stacy Morin.

85.) February 17, 2024 : Craigs Visits With KGC Terminated by Kim Dexter, Stacy Morin, Bethaney Narloch, Amy Gasser, and Unknown Defendants, after only 5 visits based on Personal Opinions, and Conspiring to do So.

86.) March 2024 : Bethaney Narloch told Craig, I must Provide her a Copy of all documents I or my Attorney/Attorneys file to the Courts per her Rules. IF I dont, Bethaney Narloch told me, She will Cancel my DHS Transport, my GPS

- 24 -

Out Time and not allow me to go to my scheduled Court hearings. If I dont give her a copy of all document filed, I Must have/Tell my Lawyers to do So, or I will be in Violation of Probation and Supervised Release Rules as well.

87.)    March 18, 2024: Stacy Morin Falsifies a Document to Judge Cveykus and Cites Case Law to Circumvent my Motion Hearing to Amend My Judgement of Conviction as it relates to my Child Custody. Judge Cveykus was Very upset (3-20-24) about this on and of record (the Citing of Case law by a Probation Agent/supervisor). Cases 04-CF-827, 06-CF-11, and 14-CF-1036.

88.)    Between April 15 and April 30 2024: Bethaney Narloch attempts to Write Craig up for Visiting with Aunt and Uncle in the Courthouse after a Custody hearing (that Morin and Narloch were kicked/removed from) for 10 minutes because, they were not approved Contacts yet, due to Narloch lieing to the "Team" about them as Contacts. Cassandra Kniess-Huck testified in the Hearing (again) to Probation and Parole Agents (for Craig) told her to Violate our Child Custody Order and his/my Parents Visitation Court Order! (Case 14-FA-759)

89.)    May 22, 2024: Robert Barahal did falsify a Chapter 980 SVP Yearly Evaluation Report to Judge Strasser (17-CI-01). Barahal Stated, No evidence of any wrong doing in Craigs ATR or by SRSTC and Supervised Release Team Members. Then used a Snip-it of Supervised Release Treating Doctor For Craig that Completely Contradicted

-25-

that statement. Barahal Also Stated in his report, SRSTC Treatment, Sent letters to Judge Strasser Prior to Craigs Release on attempting to prevent it/stop it. We believe to stop me from continuing to fight to expose the abuse and Corruption at SRSTC.

90) Between February 1, 2024 and July 24, 2024: Kim Dexter, Stacy Morin, Bethaney Narloch, and Amy Gasser did Conspire to falsify Craigs Treatment Records and Documents to include documents to Judge Strasser.

91) Craig Files complaint to Wisconsin Governor Tony Evers regarding State employees Continueing to falsify Medical/Treatment Records, Statements, Documents to Courts, Harassment, Antagonization and Retaliation. Governor Tony Evers Responds, 'Sounds like a legal Matter/issue that I or my office Cant get involved in'. by email. Dont know if he (Tony Evers) Sent Copy of my Complaint to all Defendants like he did SRSTC in 2023 regarding my daughter KGC and visitation issues. Hence all the Retaliation.

92) Kim Dexter, Stacy Morin, Bethaney Narloch, Amy Gasser and Unknown others Conspire to deny Craig: All Technical College Classes for Welding and Manufacturing Associates Degree, Off-Campus CDL Training and Licensing, Updating Drivers License to the "Real ID", All Employment Opportunities, Craig's Native American Pipe (personal Ceremonial Pipe), Stores other than

-26-

Walmart for shopping, Appropiate out-door time, family Contacts.

93.)    Bethaney Narlock, attempted to Set Craig up for a GPS Violation on a Friday that would have put him into Custody without question.

94.)    Bethaney Narloch Attempts to Conspire with other Defendants to Interfere with Craigs State and Federal SSI, in attempt to have it Canceled/Denied based on Personal opinion and demanded to know what I get SSI for, exactly.

95.)    Craig Filed a Complaint (2 or More) to have Bethaney Narloch removed as his Agent, Morin Denies it/them.

96.)    Brent Weiland Covers Onetime for Bethaney Narloch for a Office Visit and told Craig: You need to worry about yourself and Not your daughter, Focus on you (craig) and forget about your daughter if you want to make it on probation! We do not Seperate Incest Cases from Non Incestual cases. Your daughter is your Victim Profile. Dont worry about what goes on in your daughters Moms home with her or others, (ISGC and Sisters) it's not your business!

97.)    Lorrie Shults, Acting Deputy Director for SRSTC denied Craig, Phone and Zoom Contact with Fiance Eric L. Fankhauser against Treatment Team (Both) and Doctors Recomendations. and while under review for Descrimination/Harassment/Retaliation against Craig and Fankhauser.

-27-

98.) Bethaney Narloch attempts to write Craig up over aproximately 9 times, to include Falsifying statements to help deny the visits with KGC in February.

99.) Bethaney Narloch attempted to lock Craig up in Jail for saying 'this is Fxing Rediculous' after another attempted write up and antagonization Tactic of Narlochs!

100.) July 24, 2024: Cassandra Kniess-Huck and Anthony Huck are Charged for Child Neglect and Endangerment. Craig Speaks up on KGC behalf for her Safety and Protection. Judge Corbett orders in Craigs favor a No Contact unless Supervised with Cassandra and Tony as well as KGC to Stay with Paternal Grandparents.

101.) July 30, 2024: Bethaney Narloch and Brent Weiland Randomly Show up at Craigs Supervised Release House while Craigs Case Manager is there training a new case manager for the region and Craig is in as Case Manager Casandra Thelen is from Green Bay Area. This Random Visit by Bethaney Narloch and Brent Weiland was just (2) days before a hearing Where, Narloch Knew Casandra Thelen, Dr Edward Keane and Others Were Showing up to testify against Narloch, Morin, Kim Dexter, Amy Gasser and others as witnesses on Craigs Behalf to their abuse.

102.) July 31, 2024: Craig is taken into Custody by Marathon County Sherrifs at his Supervised Release House for a Warrant Bethaney Narloch and Stacy Morin

-28-

filed on July 30, 2024 for Non Violent Attitude.

103)      August 1, 2024: Supervised Release Rules Hearing and Visitation Hearing/Motion, infront of Judge Strasser (17-CI-01).

104)    (On Record) Craigs Visits with KGC in February 2024, were Terminated without any Rules, Policies, or Laws Violated (essentially personal opinion) and against Treating Doctor Opinion and Recomendations by Kim Dexter, ~~DCSW~~ and No Attempt to Restore the Visits. Craig has no Risk Factors ~~At All~~ In relation to his daughter.

105)    Visits Terminated because Craig was holding his daughter in his Lap during the first Visit (had the Flue). Craig and His Mother Sent Non inappropriate Pictures of First Visit (Dec 23 2023) to a few of Craigs friends at SRSTC to Share that moment in time (9½ yrs) in the making with them. Even Strasser himself Said Pictures are innocent, Non inappropriate, but highly angry I and Mom Sent any of them to SRSTC.

106)    DHS/SRSTC Corporate Counsel Laura Varriale, Said No, We cannot Interfere with any Court Order of any Judge (child Custody Visitation).

107)    Craig Attorney Stated, What the Defendants are/have done is a Felony Under Wisconsin Law to Interfere with a child Custody Visitation Case/order. (over 5 Seperate orders Since 2016, Case 14-FA-759).

108)    Strasser on Record States, he doesn't care

-29-

What the Law Says, orders in favor of DHS (yet again and against State and federal Law) and against Doctors Recommendations. Denies Craig and KGC visits for Another 45 days as a "Punishment" Still and (against Complete Color of Law that he was told about) and gives DHS/SRSTC 45 more days to make new rules for Craig if they still wish to and Submit them to him to allow us a Contested Rules Hearing again on the Issue.

109.) Strasser again denies Craig's Witnesses and Experts to testify. My Motion/Petition from the year prior that Strasser never addressed or responded to, Strasser incorporated into this hearing.

110.) Between July 1, 2022 and August 1, 2024: Amy Gasser Labels Mr Craig as Dylusional and told both SRSTC Staff and Supervised Release Team (community) this. We believe Amy did this to Veil all SRSTC, Probation and Parole, Supervised Release, Kevin Greene and Judge Strassers Misconduct and abuse as well as years of intentional Gas Lighting by SRSTC and Supervised Release employees.

111.) Between January 1, and August 1, 2024; Dexter, Gasser, Morin, Narloch, Weiland, Peterson, and Varriale did Conspire to interfere with Craigs Child Custody Visitation.

112.) Between September 1, 2021 and October 2, 2024: James Kurzewski did Conspire to Interfere with the Custody, Visitation and Guardianship orders of KGC.

-30-

103) November 24, 2024, Craig is charged for allegedly Non Consentual Sexual Assault of a 23 year old Male inmate Dakota Bonds, who is trying to get the Mental Side of his NGI plea due to fear of Prison. No investigation done of Inmates in a 12 man Block until Months after Craig is charged. This was Conducted by Wausau Police Dept and Macathon County Sherri's Department.

104) Between February 1, 2025 and April 20, 2025; Alleged victim Dakota Bonds Best Friend Justin Reynolds, a Inmate with Dakota Bonds, now a Inmate at Dodge Correctional Institution in Waupun, WI. Mailed Craigs Attorney a Statement of Dakota Bonds false Allegations of Sexual Assault by Craig. A DCI "Whiteshirt" (Leutenant or captain) took Reynolds letter to Craigs Attorney out of the Mail, Opened it, questioned Reynolds about it.

115) Between February 1, 2025 and April 20, 2025, Reynolds Writes Craig 2 letters about what the "Whiteshirt" did and worried the "Whiteshirt" never mailed the letter to Craigs Attorney.

116) On May 12, 2025, Craig Attorney met with Craig at Waupaca County Jail in Waupaca, WI. Craig Attorney told him, he infact did not ever get any letter from Mr. Reynolds and will have a Private Investigator go talk to him. (Mr Reynolds). Craig Attorney Also told Craig, he did not recieve a 9x12 Manilla Envelope Containing aproximately 13pg of Highly Sensitive pages against the Defendants herein to be taken to the FBI and

-31-

The DODGE Caucus, mailed by Craig to his Attorney o 5-2-2025. Craig was denied Waupaca County Jail being able to mail said legal mail, Certified Mail

117)    Between April 3, 2025 to Present date, Craig is being denied by Waupaca County Jail, Sending any Mail Certified Mail, to include this Complaint to this Federal Court.

118)    Per Waupaca County Jail Supervisors, J. Russell, Anthony Amundson, Matt Stotzheim, Per Jail Administrator Adam Wogsland, they do not allow any Inmate to Send Mail Certified with Tracking and no Weighing and Metering Postage on any Mail, not even legal Mail of any kind. If we want that service, have out Lawyers mail us the items to do it (Not allowed Per USPS Post Master General) or come get it themself (our Attorneys).

-32-

## C. Jurisdiction

I am suing for Violations of Federal Law under 28 U.S.C. § 1331

## D. Relief Wanted

1. Injunctive Relief:

a.) A Cease and Desist Order on all defendants except Adam Wogsland regarding the inteference of Plaintiff Child Custody Orders and Hearings.

b.) Termination of all Judgements and proceedings retated to and arising from the events described here in this Complaint.

c.) John Doe Investigation into all defendants except Adam Wogsland, relating to the events described here in this Complaint.

d.) Emergency Restraining Orders on all defendants and Facilities/Institutions relating to the events described here in this Complaint

e.) Adam Wogsland, Undo his policy restricting/Denying Plaintiff and all Inmates Access to Certified Mail, and Weighing Metering of all Legal, Business, and Professional Outgoing Mail from Waupaca County Jail, that Violates State and

-33-

Federal Laws and Requirements for filing and Serving legal Documents. Also, allow us our Books upon arrival, like all other Jails, especially Legal Book and Legal Research Books.

2. Compensatory Damages:

a.) Compensation for all Attorney fees for actions Caused and brought by the events described herein this complaint by all defendants except Adam Wogsland, Case No. 24-CF-1148, 14-FA-759, 17-CI-01, 04-CF-827, 06-CF-11, 14-CF-1036.

b.) Compensation for all Current and future Mental Health Treatment Costs of Plaintiffs by all defendants except Adam Wogsland.

c.) Monetary Amounts on all defendants in their Official and Individual Capacities Jointly and Severally, except Adam Wogsland.

d.) Adam Wogsland, Compensation of Book's denied.

3. Punitive Damages:

a.) Criminal Investigation and Charges as deamed appropriate by outside investigators and or the Jury, except Adam Wogsland.

b.) Licenses Suspended and or Revoked on all defendands as deamed appropriate by the Jury and or Investigators and Board of Licensing. except Adam Wogsland.

c.) Monetary Amounts on all defendants in their Official and Individual Capacity, Jointly and Severally except Adam Wogsland.

-34-

E.    Jury Demand

I want a Jury to hear my case.

Dated this 27 day of MAY, 2025

Respectfully Submitted,

William H. Craig

William H. Craig
- Waupaca County Jail -
1402 East Royalton St.
Waupaca, WI 54981

State of Wisconsin
County of Waupaca
The foregoing instrument was acknowledged
before me 27 day of May 2025

Anthony Amrich

Your Name Here. Notary Public
Commission Expires 02-17-28

&

Dated this ____ day of ____, 2025

Respectfully Submitted,

K.G.C. (D.O.B. 2014)
Weston, WI 54476

-35-